UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

SALVADOR OLMOS MEZA,                                                                                       Petitioner,

v.                                                                                   Civil Action No. 4:25-cv-171-RGJ

MIKE LEWIS, Jailer, Hopkins County Jail;
RUSSELL HOTT, Field Office Director,
Chicago Field Office, U.S. Immigration and
Customs Enforcement;
KRISTI NOEM, Secretary of the U.S. Department
Of Homeland Security
PAMELA BONDI, U.S. Attorney General;
HOMELAND SECURITY;
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
                                                                                                                        Respondents.

\* \* \* \* \*

### ORDER TO SHOW CAUSE

Petitioner Salvador Olmos Meza, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241.  Upon review of the petition, it is hereby **ORDERED** as follows:

(1) The Clerk of Court **shall forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on each Respondent and the United States Attorney for the Western District of Kentucky and shall additionally serve the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2) The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(3)  **On or before December 12, 2025**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted.  *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(4) Petitioner may reply, if necessary, to Respondents **on or before December 15, 2025**.

(5)	The parties shall appear before this Court for a hearing on the petition on **December 18, 2025, at 1:30 PM** Eastern Time at the U.S. Courthouse in Louisville, Kentucky. Petitioner may appear by Zoom if the option is available with the Hopkins County Jail and so long as Petitioner's appearance is not required as set forth in the following paragraph. Counsel may contact the Court's case manager, Ms. Andrea Morgan, at Andrea_Morgan@kywd.uscourts.gov to arrange for both Counsel for the Petitioner and the Petitioner to appear on Zoom.

(6)	Petitioner must notify the Court **on or before 12:00 PM on December 12, 2025,** if an interpreter is necessary for the Show Cause Hearing.

(7)	"Unless the application for the writ and the return present only issues of law the person to whom the writ is directed shall be required to produce at the hearing the body of the person detained." 28 U.S.C. § 2243. If the Petitioner asserts that there are issues of fact necessary to be addressed in the hearing, then they shall inform the Respondents by **December 12, 2025, and the Respondent shall produce the body of the person detained at the hearing.**

Date:   December 9, 2025

*[Signature]*
Rebecca Grady Jennings, District Judge
United States District Court

cc:	Counsel
	Respondents, as directed above
	U.S. Attorney, WDKY, as directed above
4415.010