UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

SALVADOR OLMOS MEZA,   Petitioner,

v.   Civil Action No. 4:25-cv-171-RGJ

MIKE LEWIS, et. al.,
   Respondents.

## ORDER GRANTING JOINT MOTION TO FORGO HEARING AND PROPOSE A BRIEFING SCHEDULE

The parties alerted to the Court that they are "not aware of any relevant factual disputes" and they jointly request to forgo the upcoming show cause hearing. [DE 8 at 67]. Thus, upon the motion of the parties to forgo the December 16, 2025, hearing and propose a briefing schedule, and the Court being sufficiently advised,

IT IS ORDERED that the motion is GRANTED, AND:

I. Respondents shall have until **December 12**, **2025,** to respond to the Order to Show Cause.

II. Petitioner shall file their reply by **December 15, 2025**.

III. The **December 16, 2025, hearing is REMANDED**.

1